IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RACHELLE LIMEWOOD, individually and as parent and guardian of D.O., a minor child, and D.O., a minor child,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RANCH FOR KIDS PROJECT, INC., THE RANCH FOR KIDS, INC., DEEP SPRINGS LIMITED LIABILITY COMPANY, PINKHAM CREEK RANCH, LLC, FIRE & SLICE LLC, MAJESTIC THEATER, LLC, WILLIAM JOHN SUTLEY, DANIEL WILLIAM SUTLEY, JOYCE ELEAINE STERKEL, MELISSA D. FELLERS, MIKHAIL VOLSKY, ANGELA KRAUSE-PECORA, and DOES 1-10,<br><br>        Defendants. | CV 19–161–M–DLC<br><br><br>ORDER |

    Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 48),

    IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

DATED this 15th day of April, 2021.

*Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court